■ In the Matter of WILLIAM LANTZ, Respondent, v CYNTHIA PETERS, Appellant. [48 NYS3d 900]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered September 18, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, directed that petitioner shall have primary physical placement of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.